WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Jesus Ramirez, | No. CV-19-03333-PHX-DLR (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Wayne A Phillips, et al., | |
| Defendants. | |

The Court has considered Plaintiff's "Non-Prisoner Application to Proceed In Forma Pauperis" (Doc. 17). Plaintiff was previously granted leave to proceed in forma pauperis (Doc. 5), and his financial circumstances have not changed. Plaintiff's renewed Application (Doc. 17) will be granted. Plaintiff's request for legal counsel was denied by the Court's Order of October 21, 2019 (Doc. 16); no extraordinary circumstances have been articulated. Further, Plaintiff's indigent status alone does not entitle him to the appointment of expert witnesses. Expert witnesses cannot be appointed solely to aid a litigant in presenting his case. Expert witnesses can only be appointed to aid the Court. *See Pedraya v. Jones*, 71 F.3d 194, 196 (5th Cir. 1995). Plaintiff has not met this showing.

IT IS ORDERED granting Plaintiff's "Non-Prisoner Application to Proceed In Forma Pauperis" (Doc. 17) to the extent set forth herein.

Dated this 6th day of January, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge